UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO . 08-61855-CIV-SEITZ/O'SULLIVAN

KENNETH FRAZIER,
    Plaintiff,

vs.

NEJAME'S TABOULE, INC., et al.,
    Defendants.
_____/

### ORDER

THIS MATTER is before the Court pursuant to an order of reference entered by the Honorable Patricia A. Seitz, United States District Judge, for a settlement conference to be conducted by the undersigned. On January 28, 2009, the defendants filed a Notice to the Court of Settlement (DE# 16, 1/28/09).  Accordingly, it is

ORDERED AND ADJUDGED that the Settlement Conference set for February 5, 2009 before the undersigned is CANCELLED. It is further

ORDERED AND ADJUDGED that a fairness hearing pursuant to <u>Lynn Food Stores v. United States</u>, 679 F.2d 1350 (11th Cir. 1982) is set before the undersigned on **Thursday, February 5, 2009**, at **10:00 a.m.,** at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. **The parties shall be prepared to discuss the terms of the settlement agreement and the reasonableness of plaintiff's counsel's fees.** Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion.

**DONE AND ORDERED** in Chambers at Miami, Florida this **28th** day of January, 2009.

                                                                   JOHN J. O'SULLIVAN
                                                                   UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Seitz
All counsel of record